JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMRITPAL SINGH,<br>Petitioner,<br>v.<br>MARK BOWEN, et al.<br>Respondents.. | Case No. No. 5:26-cv-00823 ADS<br><br>JUDGMENT |

Pursuant to the Court's Order, IT IS HEREBY ADJUDGED that the Petition is granted in part.

DATED: October 9, 2026

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge